IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 4:16CR51 |
| | ) | |
| MARKTAVEUS HAWKINS, | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count One of the Indictment and the following facts are true and correct, and that the United States would have proven them beyond a reasonable doubt if the matter had gone to trial:

1. During February and March of 2016, the defendant, MARKTAVEUS HAWKINS, participated in a drug trafficking conspiracy operating in the areas of Richmond, Newport News, and Hampton, all within the Eastern District of Virginia. The purpose of the conspiracy was to make money through the distribution of heroin, cocaine base, and cocaine.

2. As part of the conspiracy, the defendant would purchase cocaine base from coconspirators Anthony Futrell and Jelani Mitchell and resell the cocaine base to retail customers. The defendant would also serve as Futrell's driver when Futrell was making drug deliveries. Finally, the defendant would sometimes manufacture cocaine base by "cooking" it from powder cocaine.

3. In furtherance of the conspiracy's aims, the defendant committed overt acts including the following:

    a. On or about January 18, 2016, the defendant possessed with intent to distribute approximately 3 grams of cocaine base.

b. On or about February 18, 2016, the defendant possessed with intent to distribute approximately 14 grams of cocaine base.

4. The defendant admits that, during February and March of 2016, in the Eastern District of Virginia and elsewhere, he unlawfully, knowingly, and intentionally conspired with Anthony Futrell, Jelani Mitchell, and others to commit the following offenses against the United States: to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C); to distribute and possess with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(iii); and to distribute and possess with intent to distribute a quantity of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(C).

5. The parties agree that the quantities of narcotics involved in the conspiracy attributable to the defendant as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to the defendant are at least 280 grams of cocaine base, an indeterminate amount of heroin, and an indeterminate amount of cocaine.

6. The acts taken by the defendant, MARKTAVEUS HAWKINS, in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the

offense charged in this case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ Robert E. Bradenham (for)
Conor Mulroe
Special Assistant United States Attorney

3

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MARKTAVEUS HAWKINS, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____       7-21-2016
MARKTAVEUS HAWKINS      Date

I am MARKTAVEUS HAWKINS's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____      7-21-2016
Jason Alan Dunn, Esq.      Date
Counsel for MARKTAVEUS HAWKINS

