IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

UNITED STATES OF AMERICA,

v.  Criminal No.: 4:16cr51

MARKTAVEUS HAWKINS,

    Defendant.

## DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

NOW COMES the Defendant, Marktaveus Hawkins (the "Defendant"), by counsel, pursuant to § 6Al.2 of the *Sentencing Guidelines and Policy Statements* and the Court's sentencing procedures order, and notes the following objections to the Presentence Investigation Report (the "PSR") prepared by the United States Probation Officer in the above styled case:

1. The Defendant objects to the accuracy of the factual allegations contained in paragraph 22 of the PSR.

2. The Defendant objects to the factual allegations contained in paragraph 23 of the PSR, specifically the quantities of narcotics attributed to the Defendant. The Defendant asserts that he did not agree to jointly undertake or have reasonably foreseeable knowledge of the quantities asserted in paragraph 23.

3. The Defendant objects to the base offense level assigned to the Defendant, Level 30, which is contained in paragraph 29, because the base offense level is based upon the inaccurate drug quantity calculations contained in paragraph 23 of the PSR.

4. The Defendant also objects to the adjusted offense level contained in paragraph 34 of the PSR and the total offense level contained in paragraph 38 of the PSR for the reasons stated above.

WHEREFORE, the Defendant, by counsel respectfully requests that the Court sustain his objections to the PSR.

                              MARKTAVEUS HAWKINS

                              _____/s/_____
                              Jason A. Dunn, Esq. (Virginia State Bar No.: 68117)
                              *Counsel for the Defendant*
                              Jason A. Dunn, PLC
                              565 N. Birdneck Road
                              Virginia Beach, VA 23451
                              Telephone: (757) 383-6848
                              Facsimile: (757) 383-6849
                              Jason.dunn@jdunnplc.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2016, I served a true copy of the foregoing via the CM/ECF system upon all counsel of record, including the following:

Robert Edward Bradenham, II
United States Attorney's Office
721 Lake Front Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Bob.Bradenham@usdoj.gov

Gregory William Klein
Attorney for Devon Anthony
Taylor Walker PC
555 E Main St
Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
gklein@taylorwalkerlaw.com

Matthew Edward Ballard
Attorney for Terrence Threatt
Smith Law Firm
The Ethel D. Smith Building
133 Kings Way
Suite 3000
Hampton, VA 23669
(757) 723-1991
(757) 723-8023 (fax)
matthewxballard@gmail.com

Nicholas Ryan Hobbs
Attorney for Elijah Anthony
Hobbs & Harrison, PLLC
21-B East Queens Way
Hampton, VA 23669
(757) 335-4241
(757) 335-4240 (fax)
nhobbs@hobbsharrison.com

Bryan Leslie Saunders
Attorney for Eric Robinson
Law Office of Bryan L. Saunders
P. O. Box 1633
Newport News, VA 23601
(757) 926-5285
(757) 880-8117 (fax)
BryanSaund@aol.com

I also certify that on this 3rd day of October, I served the foregoing pleading by email upon the following non-electronic filer:

Kristie Milby
U.S. Probation Officer
827 Diligence Drive, Suite 210
Newport News, Virginia 23606
Kristie_Milby@vaep.uscourts.gov

>        /s/
> Jason A. Dunn, Esq. (Virginia State Bar No.: 68117)
> *Counsel for the Defendant David R. Wall*
> Jason A. Dunn, PLC
> 565 N. Birdneck Road
> Virginia Beach, VA 23451
> Telephone: (757) 383-6848
> Facsimile: (757) 383-6849
> Jason.dunn@jdunnplc.com