IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:16cr51 |
| | ) |
| MARKTAVEUS HAWKINS | ) |
| a/k/a "Tay" | ) |

POSITION OF PARTIES WITH
RESPECT TO SENTENCING FACTORS

NOW COMES the United States of America, by Robert E. Bradenham II, Assistant United States Attorney, pursuant to Section 6A1.2 of the Sentencing Guidelines and Policy Statements, and adopts the facts and findings in the defendant's pre-sentence report.

The defendant qualifies for the three-level reduction for acceptance of responsibility pursuant to Section 3E1.1(b). Based on the facts of this case, the United States concurs with the guideline range of 130 months to 162 months with a mandatory minimum term of ten years imprisonment.

In consideration of the sentencing factors, his extensive criminal record, the Criminal History Category VI, and his acceptance of responsibility, the United States recommends the lowest guideline sentence of 130 months.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Robert E. Bradenham II
Assistant United States Attorney
Virginia State Bar No. 13345
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Bob.Bradenham@usdoj.gov

1

CERTIFICATE OF SERVICE

I, Robert E. Bradenham II, Assistant United States Attorney, do hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) this 20th day of October, 2016, to:

Jason A. Dunn, Esquire
565 N. Birdneck Road
Virginia Beach, Virginia 23451

I further certify that on this 20th day of October, 2016, I caused a true and correct copy of the foregoing, to be e-mailed to the following non-filing user:

Kristie M. Milby
United States Probation Officer
827 Diligence Drive, Suite 210
Newport News, Virginia 23606

By: _____/s/_____
Robert E. Bradenham II
Assistant United States Attorney
Virginia State Bar No. 13345
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Bob.Bradenham@usdoj.gov