02-13-2020

Dear clerk of court

My name is Marktaverus Hawkins #90060-083. I'm writting because I need a copie of My "Docket sheet" please and Thank you!!

Marktaverus Hawkins
#90060-083