# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

February 18, 2020

MARKTAVEUS HAWKINS, # 90060-083  
FDC Philadelphia  
P.O. BOX 562  
PHILADELPHIA, PA  19105

      Re:    United States of America v. Marktaveus Hawkins  
              Case No. 4:16cr51 - 5

Dear Sir:

In response to your letter dated February 13, 2020. Enclosed please find a courtesy copy of the Docket for the above referenced case. Future copies of the Docket are subject to copying costs of $0.10 per page.

Free copies are not provided to anyone, regardless of financial status.

                                    Very truly yours,

                                    FERNANDO GALINDO, CLERK

                                    By: _____/s/_____  
                                                  Deputy Clerk

Enclosure