To: The Clerk of Court    05-18-2021

RECEIVED MAILROOM
MAY 21 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

The Clerk of the Court, My name is Marktaveus Hawkins #90060-083. I'm writing to you to request for my sentence transcript from Feb. 1, 2017. I keep asking for this and my docket sheet. All I get is my docket sheet. When you send me my sentencing transcript can you put up there that they open it in front of me.

Please and Thank you for your time.

Sincerely, Marktaveus Hawkins

P.S. This is an important matter. I need this information to trying to get back in court. My lawyer won't give them to me