# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK DAVIS  
CHIEF JUDGE

June 1, 2021

Marktaveus Hawkins #90060-083  
USP Big Sandy  
P.O. Box 2068  
Inez, KY 41224

        RE: USA v. Marktaveus Hawkins  
           Case No. 4:16cr51

Dear Mr. Hawkins,

The Clerk's Office is in receipt of your letter dated May 18, 2021, requesting copies of your sentencing hearing transcripts.

Please be advised transcripts must be requested directly from the Official Court Reporter who was present at the sentencing, in this case OCR Paul McManus. Mr. McManus can be reached by mailing a written request to his attention at 600 Granby Street, Norfolk, VA 23510.

        Sincerely,

        /s/  
        Fernando Galindo, Clerk  
        By: Deputy Clerk